UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRENDA K. SANDERS

　　　　　　Plaintiff(s),

Case No. 2:11-cv-13884

v.

Judge Gerald E. Rosen

PFG MORTGAGE TRUST 1, et al

Magistrate Judge Michael Hluchaniuk

　　　　　　Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __PFG Mortgage Trust I__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐　　No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐　　No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 2, 2011　　　　　　　　　　/s/ Brian C. Summerfield

　　　　　　　　　　　　　　　　　　　　　　P57514
　　　　　　　　　　　　　　　　　　　　　　Bodman PLC
　　　　　　　　　　　　　　　　　　　　　　201 W. Big Beaver, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Troy, Michigan 48084
　　　　　　　　　　　　　　　　　　　　　　(248) 743-6075
　　　　　　　　　　　　　　　　　　　　　　bsummerfield@bodmanlaw.com